# EXHIBIT O

H:\7-Eleven\Jones Day\Exhibits\Exhibit L.docx

## CRIMINAL CAUSE FOR STATUS CONFERENCE:
BEFORE JUDGE FEUERSTEIN      October 28, 2013   TIME: 1 hour
CR- 13-351

DEFT: **FARRUKH BAIG**     ATTY: David Besso
X present. __ not present.   X custody __ bail __ CJA   X RET. __ LAS

DEFT: **BUSHRA BAIG**     ATTY: Douglas Burns
X present. __ not present. __ custody   X bail __ CJA   X RET. __ LAS

DEFT: **MALIK YOUSAF**     ATTY: Veronique Stravato
X present. __ not present.   X custody __ bail __ CJA   X RET. __ LAS

DEFT: **RAMON NANAS**     ATTY: Ed Jenks
X present. __ not present.   X custody __ bail   X CJA __ RET. __ LAS

DEFT: **Zahid Baig**     ATTY: David Besso for Dan Russo
X present. __ not present.   X custody __ bail __ CJA   X RET. __ LAS

DEFT: **Shannawaz Baig**     ATTY: John Poli
X present. __ not present.   X custody __ bail __ CJA   X RET. __ LAS

A.U.S.A.: C. Ott      CLERK: BMM

COURT REPORTER: O. Wicker     OTHER:
INT:

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ OCT 28 2013 ★
LONG ISLAND OFFICE

X    CASE CALLED. ___ DEFTS FIRST APPEARANCE.
     DEFTS __SWORN __ARRAIGNED __INFORMED OF RIGHTS
__ DFT WAIVES TRIAL BEFORE DISTRICT COURT
__ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
SUPERSEDING INDICTMENT / INFORMATION FILED.
__    DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

__    DEFTS ENTER **GUILTY PLEA** TO CTS.___ OF INDICTMENT.
__    COURT FINDS FACTUAL BASIS FOR THE PLEA.
__    SENTENCING TO BE SET BY PROBATION.

__ DEFTS ENTER **NOT GUILTY PLEA.**
__ BAIL __ SET __ CONT'D FOR DEFT_____.
X   DEFTS CONT'D IN CUSTODY.
__    CASE ADJ'D TO_____ FOR _____ JURY SELECTION SET FOR _____
__ __ BY MAG.
__    TRIAL SET FOR
x   **SPEEDY TRIAL** INFO FOR DEFTS   STILL IN EFFECT
CODE TYPE COMPLEX    START 10/28/13     STOP 1/8/14
     X ORDER ENT'D ON RECORD.

ORDER: Case designated as complex on consent with all parties. A further status conference is scheduled before Judge Feuerstein on 1/8/2014 at 11:15 am.