IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
7-ELEVEN, INC.,

                    Plaintiff,                    13 CV 06354   (SJF-WDW)

-against-

FARRUK BAIG,                                       **NOTICE OF APPEARANCE**
BUSHRA BAIG, AZHAR ZIA,                  **OF COUNSEL**
And ABY'S ENTERPRISES LTD.,

                    Defendants.
-----------------------------------------------------------------X

      Notice is hereby given of the entry of the undersigned as counsel for Defendant **BUSHRA BAIG** in the above entitled action. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and be served upon:

    John Tumelty, Esq.
    Tumelty & Spier, LLP
    160 Broadway, Suite 708
    New York, New York 10038
    (212) 566-4681

Dated: New York, New York
       December 4, 2013

                                                          _____
                                                          John Tumelty