# CIVIL CAUSE FOR ORDER TO SHOW CAUSE

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ DEC 05 2013 ★

LONG ISLAND OFFICE

**DATE**: December 5, 2013    **TIME**: 30 MINUTES

**CASE NUMBER**: 2:13-cv-06354-SJF-WDW

**CASE TITLE**: 7-Eleven, inc. . Baig et al

**PLTFFS ATTY**: Susan Metcalfe and Robert Gaffey
 X present     ___ not present

**DEFTS ATTY**: John Tumelty and Michelle Aulivola
 X present     ___ not present

**COURT REPORTER**: Maryanne Steiger

**COURTROOM DEPUTY**: Jasmine Major

X    CASE CALLED.

_    HEARING HELD/ CONT'D TO_____.

X _  ORDER ENTERED ON THE RECORD.

**OTHER**: _____