AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| 7-ELEVEN, INC., <br><br> *Plaintiff(s)* <br> v. <br> FARRUKH BAIG, <br> BUSHRA BAIG, AZHAR ZIA <br> and ABY'S ENTERPRISES LTD., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13cv6354(ADS)(GRB) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel.: 212-692-1100
Fax: 212-692-1020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 11/25/2013

*Carol McMahon*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 13cv6354(ADS)(GRB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

# RIDER A

Farrukh Baig
5 Farmers Lane
Head of the Harbor, New York 11780

Farrukh Baig
5 Farmers Lane
Head of the Harbor, New York 11780

Ashar Zia
1015 Campostella Road, Apt. #5
Norfolk, Virginia 23523

Aby's Enterprises Ltd.
1316 Middle Country Road
Centereach, New York 11784

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| 7-ELEVEN, INC. | Plaintiff, |
|  | CIVIL ACTION NO. 13CV6354 (ADS)(GRB) |
| --- AGAINST --- | AFFIDAVIT OF SERVICE |
| FARRUKH BAIG, ET. AL. | Defendant, |

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 3rd day of December, 2013, she served the Order to Show Cause, Complaint and Summons, Memorandum of Law and Declaration of Dan Kaepernik at 10:00 a.m. on ABY'S ENTERPRISES LTD., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CHAD MATICE, a white male, with brown hair, glasses, approximately 5'10", 29 years of age and 185 lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

_____
MARIA SCHMITZ

Sworn before me this
3rd day of December, 2013

_____
LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2015