**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**(Electronically Filed)**

7-ELEVEN, INC.,

Plaintiff,

- against -

FARRUKH BAIG, BUSHRA BAIG, AZHAR ZIA and ABY'S ENTERPRISES LTD.,

Defendants.

No. 2:13-cv-06354-SJF-WDW

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO: DOUGLAS C. PALMER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant, Azhar Zia, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Susan V. Metcalfe.

Dated: January 31, 2014

**DUANE MORRIS LLP**

By: /s/ Susan V. Metcalfe
Stephen Sussman (SS-1072)
Email: ssussman@duanemorris.com
Susan V. Metcalfe (SVM-4694)
Email: svmetcalfe@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

-and-

**JONES DAY**
Robert W. Gaffey (RWG-4004)
E-mail: rwgaffey@JonesDay.com
William J. Hine (WH-6766)
E-mail: wjhine@jonesday.com
222 East 41st Street
New York, New York 10017-6702

Tel: (212) 326-3939
Fax: (212) 755-7306

*Attorneys for Plaintiff, 7-Eleven, Inc.*