# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 13CV6354(ADS)(GRB)

Date Filed: 11/25/2013

CSU2020114339

Plaintiff:
**7-ELEVEN, INC.**

vs.

Defendant:
**FARRUKH BAIG, BUSHRA BAIG, AZHAR ZIA and ABY'S ENTERPRISES LTD.,**

For:
Duane Morris LLP - New York
1540 Broadway
New York, NY 10036

Received these papers to be served on **ASHAR ZIA, 143 RIVER ROAD, GREAT RIVER, NY 11739.**

I, Harry Torres, being duly sworn, depose and say that on the **29th day of November, 2013 at 11:18 am, I:**

Served by personally delivering and leaving a separate true copy of the Summons; Complaint; Order to Show Cause issued by the Court on November 27, 2013; Memorandum of law in support of motion for appointment of receiver and issuance of temporary restraining order; Declaration of Daniel Kaepernik, together with exhibits thereto with Dorothy Zia, Wife, who accepted on behalf of Ashar Zia at the within address; the said premises being the above named Individuals' last place of abode.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 150, Hair: Black, Glasses: N

I am over the age of 18, am not a party in the above action,

CS, Inc. 181 Hillside Avenue, Williston Park, New York 11596. D.C.A. License # 1382542

Subscribed and Sworn to before me on the 2nd day of December, 2013 by the affiant who is personally known to me.

Ann Marie Melia
Notary Public, State of New York
No. 01ME4914451
Qualified in Nassau County
Commission Expires 12/14/2017

Harry Torres

Our Job Serial Number: CSU-2020114339