| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **(Electronically Filed)** |
| 7-ELEVEN, INC., | |
| Plaintiff, | |
| - against - | No. 2:13-cv-06354-SJF-WDW |
| FARRUKH BAIG, BUSHRA BAIG, AZHAR ZIA and ABY'S ENTERPRISES LTD., | **CERTIFICATE OF DEFAULT** |
| Defendants. | |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, Azhar Zia, has not filed an answer or otherwise moved with respect to the complaint herein.  The default of defendant Azhar Zia is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York

_____, 2014

DOUGLAS C. PALMER, Clerk of Court

By:_____

Deputy Clerk