| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | (Electronically Filed) |
| 7-ELEVEN, INC., | |
| Plaintiff, | No. 2:13-cv-06354-SJF-WDW |
| - against - | |
| | **CERTIFICATE OF SERVICE** |
| FARRUKH BAIG, BUSHRA BAIG, AZHAR ZIA and ABY'S ENTERPRISES LTD., | |
| Defendants. | |

    I, Susan V. Metcalfe, certify that on the 31st day of January 2014, I caused to be served a true copy of the **Request for Certificate of Default and supporting documents** via ECF upon John P. Tumelty, Esquire, counsel for Defendant Bushra Baig, and upon the remaining Defendants by first class mail, as follows:

| | |
|---|---|
| Azhar Zia<br>143 River Road,<br>Great River, NY 11739 | ABY's Enterprises Ltd.<br>C/O Farrukh Baig<br>Queens Detention Center, 182-22 150th Ave.<br>Jamaica, New York 11413 |
| Farrukh Baig<br>Queens Detention Center<br>182-22 150th Avenue<br>Jamaica, New York 11413 | Courtesy copy to:<br>Barry M. Tuminello, Esquire<br>Long Tuminello LLP<br>120 Fourth Avenue<br>Bay Shore, NY 11706 |

Dated: January 31, 2014        **DUANE MORRIS LLP**

        By: /s/ Susan V. Metcalfe
           Stephen Sussman (SS-1072)
           Email: ssussman@duanemorris.com
           Susan V. Metcalfe (SVM-4694)
           Email: svmetcalfe@duanemorris.com
           1540 Broadway
           New York, NY 10036-4086
           Telephone: +1 212 692 1000
           Fax: +1 212 692 1020

        -and-

        **JONES DAY**
        222 East 41st Street
        New York, New York 10017-6702
        Robert W. Gaffey
        E-mail: rwgaffey@JonesDay.com
        William J. Hine
        E-mail: wjhine@jonesday.com
        Tel: (212) 326-3939
        Fax: (212) 755-7306

*Attorneys for Plaintiff, 7-Eleven, Inc.*