UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

7-ELEVEN, INC.,

   Plaintiff,

- against -

FARRUKH BAIG, BUSHRA BAIG, AZHAR ZIA
and ABY'S ENTERPRISES LTD.,

   Defendants.

(Electronically Filed)

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 04 2014 ★

LONG ISLAND OFFICE

No. 2:13-cv-06354-SJF-WDW

**CERTIFICATE OF DEFAULT**

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, Azhar Zia, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Azhar Zia is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: C. Islip, New York
   2/4, 2014

DOUGLAS C. PALMER, Clerk of Court
BY: /s/ LAURA RIOS
By: _____ **DEPUTY CLERK**

Deputy Clerk