| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | (Electronically Filed) |
| 7-ELEVEN, INC.,<br><br>       Plaintiff,<br><br>    - against -<br><br>FARRUKH BAIG, BUSHRA BAIG, AZHAR ZIA and ABY'S ENTERPRISES LTD.,<br><br>       Defendants. | NO. 2:13-cv-06354-SJF-WDW |

## ORDER AND JUDGMENT

Having reviewed the Motion for Entry of Default Judgment of Plaintiff 7-Eleven, Inc. ("7-Eleven") against Defendant Azhar Zia ("Zia"), together with the Declaration of Susan V. Metcalfe, Esquire and exhibits thereto, Plaintiff's memorandum of law, and all other prior pleadings and proceedings had herein, the Court hereby enters judgment in favor of 7-Eleven and against Zia, as follows. It is hereby ORDERED, ADJUDGED and DECREED that:

  1. A judgment by default is hereby entered in favor of 7-Eleven as against Zia on both Count I and Count II of the Complaint.

  2. It is declared hereby that the Franchise Agreements between 7-Eleven and Zia pertaining to the following stores (the "Stores") were effectively terminated by Notice from 7-Eleven to Zia dated November 26, 2013:

    a. Store No. 2423-11218A located at 128 Carlton Avenue, Islip Terrace, New York 11752 (the "Islip Terrace Store"); and,

    b. Store No. 2422-32757A located at 128 East Main Street, Huntington, New York 11743 (the "Huntington Store").

2

3. 7-Eleven is legally entitled to possession of the Stores, together with the equipment and merchandise inventory therein.

4. Defendant has no further rights in or to either of the Stores.

5. Defendant has no further rights under the Franchise Agreements pertaining to the Stores.

6. Dan Kaepernik shall remain the Receiver of the Stores for as long as necessary to effectuate the orderly transfer of all the licenses pertaining to the operation of the Stores.

7. This Court shall retain jurisdiction of this matter for the purpose of making any further orders necessary or proper for the enforcement of this judgment.

**BY THE COURT:**

_____
Hon. Sandra J. Feuerstein
United States District Judge