UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
7- ELEVEN, INC.,                                                                13-CV-06354 (SJF-WDW)

        Plaintiff,
                           NOTICE OF
vs.                        APPEARANCE OF
                             COUNSEL

FARRUKH BAIG, BUSHRA BAIG AZHAR ZIA and
ABY'S ENTERPRISES, LTD.,

        Defendants.
------------------------------------------------------------------------X

   Notice is hereby given of the entry of the undersigned as counsel for Defendants **FARRUKH BAIG** and **ABY'S ENTERPRISES, LTD.** in the above entitled action. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and be served upon:

        John Tumelty, Esq.
        Tumelty & Spier, LLP
        160 Broadway, Suite 708
        New York, New York 10038
        (212) 566-4681

Dated: New York, New York
     March 4, 2014

                      _____
                      John Tumelty, Esq.