# Tumelty & Spier, LLP
*Attorneys at Law*
160 Broadway, Suite 708
New York, New York 10038
(212) 566-4681
Facsimile (212) 566-4749

March 4, 2014

Honorable Judge William D. Wall
Magistrate Judge, Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, New York 11722-9014

Via ECF & FedEx Overnight

    **Re**: 7-Eleven, Inc. v. Farrukh Baig, et al.
        2:13-CV-06354-SJF-WDW

Dear Judge Wall,

    I represent the Defendants BUSHRA BAIG, FARRUKH BAIG and ABY'S ENTERPRISES, LTD. in this action. I am respectfully requesting the extension time to file an Answer in the above captioned matter by an additional sixty (60) days to May 5, 2014.

    One previous request for an extension of time was made by joint application of the parties for a period of ninety (90) days which was granted, which time expires on or around March 5, 2014.

    The request is made because the primary defendant FARRUKH BAIG is currently incarcerated pursuant to a Federal Indictment arising from related claims herein.

    The outcome of the civil matter is heavily contingent on the resolution of the criminal matter. Major portions of the civil matter may be resolved via the determination of issues made in the criminal matter. An injunction appointing a receiver of the subject 7-Eleven stores has already been entered in this action. I have only recently been retained to represent Defendants FARRUKH BAIG and ABY'S ENTERPRISES, LTD.

The extension for the defendants' answer is made for good cause as the civil litigation will be affected by the outcome of the criminal cases and prosecuting the civil action prior to that determination may impair the constitutional rights of BASHRA BAIG and FARRUKH BAIG.

I have communicated with the Plaintiff's attorney, Susan Metcalfe, and she consents to this request.

I respectfully request that the within request be granted by the Court, or that such other or further relief as this Court deems just and proper be granted.

I respectfully request that this proposed request be approved by your Honor.

I thank the Court for your attention to this matter.

Sincerely,

John Tumelty
Tumelty & Spier, LLP
Counsel for Defendants
BUSHRA BAIG, FARRUKH BAIG and ABY'S ENTERPRISES, LTD.
160 Broadway, Suite 708
New York, New York 10038
Phone: (212) 566-4681
Fax: (212) 566-4749
E-mail: johntslaw@aol.com

To:

Susan V. Metcalfe (SS-1072)
Duane Morris, LLP
1540 Broadway
New York, New York 10036-4086
Phone (212) 692-1000
E-mail: ssussman@duanemorris.com

Robert W. Gaffey (RWG-4004)
E-mail: rwgaffey@JonesDay.com
William J. Hine (WH-6766)
E-mail: wjhine@JonesDay.com
Jones Day
222 East 41st Street
New York, New York 10017-6702
Phone (212) 326-3939

Via E-mail